UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| YUKTI ABROL,<br><br>       *Plaintiff*,<br><br>   v.<br><br>UBER TECHNOLOGIES, INC., ARUN NAGARAJAN, AJEET GANGA, AND TRAVIS KALANICK,<br><br>       *Defendants*. | Case No. 23-cv-5381 |

## NOTICE OF APPEARANCE

  Please take notice that Amy L. Barton of Paul, Weiss, Rifkind, Wharton & Garrison LLP hereby enters her appearance as one of the counsel in the above-captioned action for Defendant Travis Kalanick and requests that all future correspondence and papers be served upon the undersigned.

Dated: July 27, 2023
   New York, New York

                PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

                By: /s/ Amy L. Barton
                    Amy L. Barton
                    1285 Avenue of the Americas
                    New York, NY 10019
                    Tel: (212) 373-3285
                    Fax: (212) 492-0285
                    abarton@paulweiss.com

                *Counsel for Defendant Travis Kalanick*